IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1654-BO-RN

| | |
|---|---|
| CONRAD JACOBS,<br>        Plaintiff,<br><br>v.<br><br>CONTINENTAL AMERICAN<br>INSURANCE COMPANY,<br>        Defendant. | ORDER |

This cause comes before the Court on defendant's motion to dismiss plaintiff's state law claims and to strike jury demand. [DE 9]. Following the filing of the motion to dismiss, plaintiff filed an amended complaint. The original complaint is now "of no effect," and the motion to dismiss [DE 9] is appropriately DENIED AS MOOT. *Young v. City of Mt. Ranier*, 238 F.3d 567, 573 (4th Cir. 2001); *see also Fawzy v. Wauquiez Boats SNC*, 873 F.3d 451, 455 (4th Cir. 2017).

SO ORDERED, this 29 day of January 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE